UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

☐ ORIGINAL      WHEEL A

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA              :

        v.              :          NOTICE OF INTENT TO
                                                FILE AN INFORMATION
GALEN MARSH,                          :

        Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

# 15 CRIM 641

      Please take notice that the United States Attorney's Office will file an information

upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal

Procedure.

Dated:    New York, New York
        September 2, 2015

JUDGE DUFFY

               PREET BHARARA
               United States Attorney

By:    _____          JUDGE DUFFY
        CHRISTINE I. MAGDO
        Assistant United States Attorney


        AGREED AND CONSENTED TO:

By:    _____
        ROBERT GOTTLIEB, ESQ.
        Attorney for GALEN MARSH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/15

0202